No. 81–1251. CONNICK, DISTRICT ATTORNEY IN AND FOR THE PARISH OF ORLEANS, LOUISIANA *v.* MYERS. C. A. 5th Cir. [Certiorari granted, 455 U. S. 999.] Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 81–1271. FALLS CITY INDUSTRIES, INC. *v.* VANCO BEVERAGE, INC. C. A. 7th Cir. [Certiorari granted, 455 U. S. 988.] Motion of respondent for leave to file a supplemental brief after argument granted.

No. 81–1891. MORRISON-KNUDSEN CONSTRUCTION CO. ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 820.] Motion of the Solicitor General for divided argument granted.

No. 81–2147. ARIZONA ET AL. *v.* SAN CARLOS APACHE TRIBE OF ARIZONA ET AL.; ARIZONA ET AL. *v.* NAVAJO TRIBE OF INDIANS ET AL.; and

No. 81–2188. MONTANA ET AL. *v.* NORTHERN CHEYENNE TRIBE OF THE NORTHERN CHEYENNE INDIAN RESERVATION ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 821.] Motion of petitioners in No. 81–2147 for review of Clerk's action granting respondents' request for an extension of time for filing briefs on the merits denied. Motion of the Solicitor General for divided argument granted. Motion of petitioners in No. 81–2188 for divided argument granted. Motion of petitioners in No. 81–2188 for additional time for oral argument denied. Motion of petitioners in No. 81–2147 for divided argument granted, and request for additional time for oral argument denied. Motion of Wyoming for leave to participate in oral argument as *amicus curiae* and for additional time for argument denied.